# EXHIBIT 26

EXHIBIT 26

**From:** Allen Rupp
**To:** kevin@exoticengine.net; Kevin Singleton
**Date:** 1/19/2009 7:50:39 AM
**Subject:** FW:

Kevin,
I have signed your copy!
Thank you!
Allen

Allen Rupp

CEO

Bully Dog Technologies, LLC.

office: 208-226-2500| fax: 208-226-2511

email: allen@bullydog.com | web: www.bullydog.com

Quotation for Speed Technologies/ SuperLite Series Plan 2009

| Description | Expense Type | Expense $ | Revenue Type | Revenue $ | Total Value Est. |
|---|---|---|---|---|---|
| **SuperLite Class in Off Road Series**<br>Track Time for Practice, Qualifying & Race<br>Inclusion in all Series Marketing<br>Series Recognition as Professional Series equals<br>Pit Space for Arrive & Drive/ Speed Tech. compound:<br>Inclusion of Class in Race Programs<br>3 Track Days in Pit-rim<br>Data Collection/Lead generation<br>TV time within the Race Series Show featuring SuperLite | Cash | 350,000 | | | 1,500,000 |
| **Marketing Service for Super Lite**<br>Staff & Travel to complete all items on this document for Super L | Cash | 222,000 | | | 222,000 |
| **Rider Celebrity Drivers for entire package**<br>4 celebritys | | | | | 120,000 |
| **Arrive & Drive Sponsorships**<br>5 Sold sponsorships @ 18k | | | revenue | 90,000 | 90,000 |
| **Series Champion Award**<br>2009 Late Model Full Size Truck<br>BullyDog Package (TBD)<br>Outfitted w/ Series Sponsored Product (TBD)<br>Delivery Expense to Winner<br>Series Champion Cash | | 35,000 | | | 35,000<br><br>2,000<br>80,000 |
| **SuperLite Series Website**<br>URL's, Search Engine<br>Content (Series Schedule, Driver Bios, TV Air Schedule<br>Video's, Race Round Recap, Race images, Search Engine<br>Data collection, Contest)<br>E-Commerce<br>Maintence of Website | Cash<br><br><br><br>Cash | 45,000<br><br><br>10,000<br>12,500 | Sales | 75,000 | 75,000<br><br><br>75,000<br>12,500 |
| **Media Coverage for each SuperLite Round**<br>Offroad Magazine (3 pg of editorial per event)<br>Other Print Media being negotiated currently | Cash | | | | 120,000 |
| **Ad Placement for SuperLite Series**<br>(Print, Web, Production & management fees) | Cash | 99,990 | | | 99,990 |



Quotation for Speed Technologies/ SuperLite Series Plan 2009

| Description | Expense Type | Expense $ | Revenue Type | Revenue $ | Total Value Est. |
|---|---|---|---|---|---|
| **Speed Technolgies Website** | | | | | |
| URL, Search Engine, Series Schedule, Driver Bios, Video | | | | | |
| Results recap, race images. ) | Cash | 45,000 | | | 75,000 |
| E-commerce | Cash | 10,000 | Sales | 200,000 | 200,000 |
| Maintence of site | Cash | 12,500 | | | 12,500 |
| | | | | | |
| **Team Micro Site** | Cash | 12,000 | Sales | 7,000 | 15,000 |
| 2 Banners for 10 months | | | Sales | 7,000 | 7,000 |
| | | | | | |
| **In Car Camera for PRO Lite or Pro 2** | | | | | |
| *(amount to be adjusted per AORS)* | | | | | |
| **Delivery of Cash & Product Sponsor to Team** | Cash | 75,000 | | | 75,000 |
| NOS | | | Cash | 40,000 | 40,000 |
| | | | Product | 50,000 | 50,000 |
| KMC Wheels   (1st -$2500, 2nd -$1250, 3rd - $500) | Contingent | | Cash | 12,000 | 12,000 |
| | | | Product | 27,500 | 27,500 |
| Soltek/Baja Design | | | Cash | 30,000 | 30,000 |
| | | | Product | 83,400 | 83,400 |
| Blanco Basura Clothing | | | Cash | 15,000 | 15,000 |
| | | | Product | 22,500 | 22,500 |
| | | | | | |
| (Bully Dog will turn the details ove to Speed Tech. for the closure of these agreements.) | | | | | |
| | | | | | |
| **SuperLite Series TV Show** | Cash | 338,000 | | | 425,000 |
| Commercials 4 per show | | | Cash | 80,000 | 80,000 |
| Vinyets 6 total | | | Cash | 45,000 | 45,000 |
| Product Features 1 per show | | | Cash | 37,500 | 37,500 |
| Leader Board Sponsorship | | | Cash | 44,000 | 44,000 |
| In show special fe john | | | Cash | 68,000 | 68,000 |
| (If Speed Technologies wishes Bully Dog will sell and manage this revenue for a 20 | | | | | |
| percent commission per item sold) | | | | | |
| | | | | | |
| Intro. & Assistance in product distribution through warehouse | | | | | 20,000 |
| | | | | | |
| **Display at 2009 SEMA Show** | Cash | 17,500 | | | 17,500 |
| 10 x 20 booth & Vehicle placement | | | | | |
| | | | | | |
| **Display at 2009 Off Road Expo & Impact Shows** | Cash | 0 | | | 22,500 |
| 10 x 10 Booth Space, Super Lite Demo | | | | | |

## Quotation for Speed Technologies/ SuperLite Series Plan 2009

| Description | Expense Type | Expense $ | Revenue Type | Revenue $ | Total Value Est. |
|---|---|---|---|---|---|
| Design & Mfg. of team Swag for Distribution (give-aways) 5 items, TBD | Cash | 50,000 | | | 75,000 |
| Inclusion in all relative media marketing Approx. 20 ads | | | | | 44,200 |
| Rebrand All Bully Dog Trucks as Speed Technologies 2 trucks wrapped | | | | | 251,280 |
| Bully Dog Product of all Speed Technology Vehicles PMT, Exhaust, Intake | | | | | 42,000 |
| Custom Tuning On Speed Technology's Vehicles High HP tunes | | | | | 25,000 |
| Use of Bully Dog Dyno Up to 100 hours | | | | | 5,500 |
| Printing & Design of Hero Card, Posters, Stickers 25k of Posters, 50k of Hero Card & Stickers | Cash | 56,250 | | | 56,250 |
| Speed Technologies 50% share of Team Clothing Sales On Site | | | cash | 12,500 | 12,500 |
| Inclusion of Speed Technology in Video Games Dirt II, Baha Title TBD | | | | | 100,000 |
| Speed Technologies Team RC Cars 1000 cars | Cash | 25,000 | cash | 151,820 | 25,000 / 151,820 |
| Bully Dog POP Displays .05 per impression @ 100 per day x 1 yr x 1000 pop (Web impression cost min. of 12 cents each) | | | | | 1,500,000 |
| Design of Speed Technology Clothing 5 designs | Cash | 5,000 | | | 5,000 |
| Speed Technology Team Entry Fees 2 Entries per race SCORE / BITD / AORS | | | Not To Be paid | 24,000 | 24,000 |



Quotation for Speed Technologies/ SuperLite Series Plan 2009

| Description | Expense Type | Expense $ | Revenue Type | Revenue $ | Total Value Est. |
|---|---|---|---|---|---|
| Vehicle Wraps | | | cash | 62,000 | 62,000 |
| End of Year Party for Speed Technologies | | | | | 50,000 |
| Baja TV | Cash | 15,000 | | | 150,000 |
| Camera Crew ride along for the 1000 | | | | | |
| | | | | | |
| TOTALS | | 1,435,740 | | 1,177,220 | 6,435,440 |
| Revenue Offset estimate | | 1,177,220 | | | |
| Net Projected Cost | | 258,520 | | | |
| | | | | | |
| Total Package Paid to Bully Dog | | 1,435,740 | | | |

Terms: TBA
Down: 15% due on Feb 1, March 1, April 1st
Payments: Balance 7 equal payments
Bully Dog will invoice Speed Technologies for amount due

Cash Sponsorship Paid by BullyDog                     250,000
Pd in 5 equal payments starting in Feb., Speed Tech. will invoice Bully Dog for this item

Quotation Accepted by:

_____  Date  1-16-09
Kevin Singleton, Speed Technologies / Super Lite

_____  Date  1-16-09
Allen Rupp, Bully Dog Technologies

# EXHIBIT 27

# EXHIBIT 27

**From:**   Mike DeFord
**To:**      kevinsingleton@earthlink.net
**Date:**    1/29/2009 8:18:59 AM
**Subject:** Truck wrap training

Morning Kevin

I just spoke to our vinyl guys that do all of our trucks, trailers, etc. This is the company that I told you would come train your team how to do wraps and all that. They would like to know what works schedule wise for your team. What does February look like and then do certain days work better. They are thinking that it will take 3 days but wanted to know which days of the week work best for you.

Let me know, thanks

**Mike DeFord**
**Bully Dog Technologies**
**Marketing Manager**
(877)285-5936 X-1413 Phone
(208)226-2511 Fax

Bully Dog Technologies, LLC is a team built on integrity that is dedicated to leading the vehicle performance industry with an uncompromising code of ethics demonstrated in the soundness of its employees, excellent customer service and superior products.

CONFIDENTIALITY STATEMENT: This electronic message contains information of a confidential and proprietary nature and is in fact confidential or privileged. The information is intended solely for the use of the individual(s) or entity(ies) named above. If you have received this e-mail in error, please notify Bully Dog Technologies immediately by telephone at the number(s) above or by e-mail reply and then immediately delete this message. Thank you.

# EXHIBIT 28

# EXHIBIT 28





| HOME | FORUM | CLASSIFIEDS | PHOTO | TUBE | VIDEO | DIRECTORY | | GRID | STORE |

What's New?  Groups  Albums                                    Advanced Search

🏠 Forum ⬥ Off-Road Racing Community ⬥ Shortcourse Racing ⬥ Lucas Oil American Off-Road Series Schedule...

Welcome to the **RACE-DEZERT.COM** forums.

You are currently viewing our boards as a guest which gives you limited access to view most discussions and access our other features. By joining our **free** community you will have access to post topics, communicate privately with other members (PM), respond to polls, upload content and access many other special features. Registration is fast, simple and absolutely free so please, **join our community today!**

If this is your first visit, be sure to check out the **FAQ** by clicking the link above. You may have to **register** before you can post: click the register link above to proceed. To start viewing messages, select the forum that you want to visit from the selection below.

**+ Reply to Thread**

Results 1 to 10 of 140    Page 1 of 14 ▾  1  2  3  4  5  11 ···  ▸  Last ⏭

**Thread: Lucas Oil American Off-Road Series Schedule...**

                                                        Thread Tools ▾   Display ▾

---

◻ January 9th, 2009 11:57                                                    #1

**spalind** ○

Spam Whore
▪▪▪▪▪▪▪▪



Join Date   Jan 2006
Location    Windham, NH
Miles       2,997

Rep Level   967
Rep Power   20

**Lucas Oil American Off-Road Series Schedule...**

the Tony Vanillo series...now with dates and locations, TV time, a title sponsor and a tire sponsor...
http://www.dirtnewz.com/corr-pressre...l-1-9-09.shtml


NISMO Blog!!


                                                        💬 **Reply With Quote**

---

◻ January 9th, 2009 11:57

**SPONSOR**

Supporter of the Site





Shop Bell Helmets

Learn more →

www.SpeedwayMotors.com        Ads by Google

**Membership in the largest desert racing community has its advantages**

- Participate in Forum Discussions
- Send and Receive Private Messages
- Maintain Public Photo Albums
- Access to Groups
- User Profile in our Social Network
- Increased Access to more Sub Forums
- Reduced Online Advertisements

**Join our community today**

---

◻ January 9th, 2009 12:08                                                    #2

**SEANY** ○

RDC Addicted
▪▪▪▪▪▪▪▪▪▪

**Re: Lucas Oil American Off-Road Series Schedule...**

That looks pretty strong.



Join Date    Jan 2007
Location     Riverside, C.A
Miles        1,206

Rep Level    1445
Rep Power    21

---

January 9th, 2009 12:14                                                                    #3

**pdailey** ○
First Lap Pat



Join Date    Jan 2007
Location     Carlsbad, CA
Miles        13,348

Rep Level    10793
Rep Power    10

### Re: Lucas Oil American Off-Road Series Schedule...

options, options, options

**Desert Assassins**
www.daileymotorsports.com
www.fast-aid.org

Reply With Quote

---

January 9th, 2009 12:23                                                                    #4

**CMI CHUCK** ○
Elite



Join Date    Jul 2007
Location     YORBA LINDA,CA.
Miles        684

Rep Level    1471
Rep Power    19

### Re: Lucas Oil American Off-Road Series Schedule...

Hesperia, CA (January 9, 2009) Lucas Oil American Off-Road Series will kick off its 2009 inaugural season on April 4th & 5th at the Primm Valley Motorsports Complex in Primm, NV.

"Lucas Oil American Off-Road Series will prove to be the premier short course racing series in 2009." – Tony Vanillo, CEO, Lucas Oil American Off-Road Series

The 2009 schedule is as follows:
I April 4-5 Primm Valley Motorsports Complex, Primm NV
I May 2-3 Speedworld Motorsports Park, Wittmann, AZ

I June 27-28 Kal Gard Motorsports Complex, Lake Elsinore, CA

I Aug 22-23 Kal Gard Motorsports Complex, Lake Elsinore, CA

I Oct 17-18 Speedworld Motorsports Park, Wittmann, AZ

I Nov 14-15 Primm Valley Motorsports Complex, Primm, NV

"Lucas Oil Products is lending its full support to Tony and Sherry Vanillo, to help guide short course off-road racing in a new direction. Lucas Oil has been involved in off-road racing for almost twenty years and I cannot remember a time when the sport has needed leadership more than now. I believe the Vanillos have the right business concept, the sponsorship support, driver support and promoter involvement to make this new series viable. Lucas Oil is committed to this Series and is proud to have it called the Lucas Oil American Off Road Series. Lucas Oil Studios will be providing the television production services, with 13 original one hour HD episodes airing on SPEED. Additional coverage of selected classes within this Series will also be featured on the Outdoor Channel." - Bob Patison, Executive Vice-President, Lucas Oil Products

"We are very excited to be involved with the series and to be working with companies like Lucas Oil and General Tire. This marks a new and great direction in off-road motorsports. We are proud to be a part of it." - Mike DeFord, Bully Dog Technologies

"General Tire is proud to be apart of the Lucas Oil American Off-Road Series in its inaugural year. General Tire has had a long standing partnership with Lucas Oil and this is just the next step in our continued support of Lucas Oil events. We are committed to providing products for short course racing in 2009 and will continue to support the off-road community with the same excitement General Tire brought to desert racing in 2008."
- Travis Roffler, Director of Marketing, General Tire

This high impact, televised series will showcase the following 2WD & 4WD truck classes:

l Unlimited Full-size 4WD race vehicles, V8 engines, 800 + HP
l Unlimited Pro Full-sized 2WD race vehicles, V8 engines, 800 + HP
l Unlimited Lite Compact/Mid-sized 2WD race vehicles, 4 cylinder engines, 300 HP
l Super Lite Mid-size 2WD, two seat, 200 HP
l Unlimited Buggy 1650 cc water-cooled 4 cylinder and VW Type 1 engine
l Limited Buggy 1600 cc VW Type 1 engine
l KART Single seat, custom-built mini race trucks, Drivers 8 - 15 yrs old. 50 MPH

Additional Sponsors and Sponsorship packages will be announced in upcoming weeks.

About Lucas Oil American Off-Road Series
Lucas Oil American Off-Road Series was formed by Tony Vanillo in 2009. Lucas Oil American Off-Road
Series is based in Hesperia, California and is a short course racing sanctioning body. The series was
born from a style of racing which began in the early 70's and hit mainstream in 2006. Lucas Oil
American Off-Road Series brings intense, adrenaline, action-packed racing to spectators and
television viewers. www.americanoffroadseries.com

Now this Just made My day!
Its really nice to know that short course racing is VERY ALIVE AND WELL!
And it could not Be in better hands than it is right now.
Tony, Many Thanks to you and your staff for all of your hard work putting this together.

Chuck

💬 Reply With Quote

---

■ January 9th, 2009 12:26      #5

**desertbull** ○

Elite
■■■■■

Join Date  Mar 2003
Location  So Cal~Concrete
Jungle
Miles  555

Rep Level  438
Rep Power  14

**Re: Lucas Oil American Off-Road Series Schedule...**

13 1-hour of SPEED HD Shows plus additional coverage on the Outdoor Channel...heard PAB was going
going to be on the MIC so that will be epic.

💬 Reply With Quote

---

■ January 9th, 2009 12:28      #6

**spalind** ○

Spam Whore
■■■■■■■■



Join Date  Jan 2006
Location  Windham, NH
Miles  2,997

Rep Level  967
Rep Power  20

**Re: Lucas Oil American Off-Road Series Schedule...**

> 🔅 Originally Posted by **SEANY** ▣
> *That looks pretty strong.*

That's my initial thought as well...so again you have an East/West split...with TV coverage and initial
sponsorship about even between WSORR and LOAOR (neither exactly rolls off the tongue like CORR
now does it?) with perhaps CORR still coming back and RJ's GP...the further splintering of short
course is not, in my mind, a good thing...

NISMO Blog!!

💬 Reply With Quote

---

■ January 9th, 2009 12:35      #7

Andy McMillin

Guest

**Re: Lucas Oil American Off-Road Series Schedule...**

I thought Bully Dog was behind CORR 100%?????

💬 Reply With Quote

---

■ January 9th, 2009 12:38      #8

**TD7162** ○

Prospect
□

**Re: Lucas Oil American Off-Road Series Schedule...**

Lucas Oil and their support of motorsports is awesome. It should be a great series with them as a
strong backer.

| | |
|---|---|
| Join Date | Jun 2008 |
| Location | Northridge, CA |
| Miles | 26 |
| | |
| Rep Level | 10 |
| Rep Power | 0 |

Reply With Quote

---

**January 9th, 2009 12:39**  #9

**Nukkdragger** ○

Loyal



| | |
|---|---|
| Join Date | Feb 2008 |
| Location | Inland Empire |
| Miles | 186 |
| | |
| Rep Level | 188 |
| Rep Power | 5 |

**Re: Lucas Oil American Off-Road Series Schedule...**

Popular wisdom in my camp says that 2009 will be a yard sale for short course.....

We'll see who does well enough to emerge as the pre-eminent series in 2010.

Looks to me like CORR's window of opportunity is closing fast....may not be enough racers to make a decent field IF they ever come out with dates....

If the hammer doesn't fix it, it's an electrical problem.

Reply With Quote

---

**January 9th, 2009 13:01**  #10

**hoeker** ○

Forum Junkie



| | |
|---|---|
| Join Date | Oct 2002 |
| Location | holland, MI |
| Miles | 1,757 |
| | |
| Rep Level | 464 |
| Rep Power | 16 |

**Re: Lucas Oil American Off-Road Series Schedule...**

no overlapping dates yet.

Coming soon, V-8 Prolites by RHM! Order yours today

Reply With Quote

---

+ Reply to Thread

Page 1 of 14 ▾  1  2  3  4  5  11 ···  ▶  Last ▸▸

Quick Navigation   ▾ Shortcourse Racing    Top

« Previous Thread | Next Thread »

**Similar Threads**

| | |
|---|---|
| **Lucas Oil Off Road Racing Series Announces Revised Schedule**<br>By DRTNYRI in forum Shortcourse Racing | Replies: 27<br>Last Post: January 14th, 2010, 15:37 |
| **The Lucas Oil Off Road Racing Series Announces 2010 Schedule**<br>By DRTNYRI in forum Shortcourse Racing | Replies: 36<br>Last Post: November 17th, 2009, 18:40 |
| **Lucas Oil American Series Off Road Race**<br>By Joelv in forum Shortcourse Racing | Replies: 0<br>Last Post: January 28th, 2009, 09:35 |
| **Lucas Oil American Off-Road Series & Myrl Akerman--A Brief Conversation...**<br>By spalind in forum Shortcourse Racing | Replies: 9<br>Last Post: January 17th, 2009, 07:36 |

**Bookmarks**                          **Posting Permissions**



© race-dezert.com 2011 — All content on this page is property of race-dezert.com

# EXHIBIT 29

# EXHIBIT 29

**SPEED** Technologies

MAIN   ABOUT   BLOG   CONTACT   PHOTOS

- ABOUT
- DRIVERS
- VEHICLES
- SCHEDULE
- PARTNERS
- PR

## Bully Dog Rocks Lucas Oil Off Road Racing Series With SuperLite At Primm

Apr 07 | 22:50

American Falls, ID - Bully Dog Technologies kicked off the short course season this past weekend in Primm, NV at the Lucas Oil Off Road race series in a big way.

During the long off season the crew at Bully Dog have been non-stop preparing for what at first seemed like an uncertain future, then in late December the company made a number of huge announcements; that they were backing the Lucas oil series, that they were forming a "Factory" team with Speed Technologies and then introduced a new class of racing, SuperLite. Four months later it came time to see how they could pull it off, and pull it off they did.

"A lot of work has gone into all of these projects during the winter, it has been a ton of hard work and there are a lot of people involved in each of these projects. Each deserves to be recognized, John Harrah, Kevin Singleton, Chuck Dempsey and the entire Speed Technologies crew, our staff at Bully Dog as well as some key people on the outside such as Eric Morely and the crew at Blue C. And of course Tony and Sherry Vanillo and their staff and the group at Lucas. As I sat in the Hot Pits Sunday afternoon watching the U4/2 race it all sort of hit me, how far this whole thing has come and in such a short time, it was amazing!" stated Mike DeFord of Bully Dog.

The factory Bully Dog/Speed Technologies team provided the best results that Bully Dog has experienced in off road racing. In their first couple of years the companies drivers never reached the top of the podium, but this weekend in Primm they got there twice with Chuck Dempsey and with John Harrah Jr. the team also had tremendous success finishing up Sunday night with 2 wins and a total of 8 top five finishes in 5 different classes.

The next Lucas race is just around the corner in AZ the first weekend of May and the team is coming to Primm strong in 2 weeks for the BITD race.

The Speed Technologies team would not be able to achieve the results that is has without the support of the best companies involved in off road racing. We would like to thank; Good Year Tire, Bully Dog Technologies, Lucas Oil, Soltek, Exotic Engines and Ringers Gloves for their support and belief in our race team.

**PRESS RELEASES**

- Bully Dog Rocks Lucas Oil Off Road Racing Series With SuperLite At Primm
- Speed Technologies Celebrates A Pair Of Victories At A Rough Weekend At The Track
- The Speed Technologies/Bully Dog Team Runs Wide Open In SoCal
- Speed Technologies/Bully Dog Celebrates 2009 Short Course Season With Pre-Season Party
- The Speed Technologies Team Charges Into May Upon The Off Road Racing Podium
- Bully Dog Increases Off Road Involvement For 2009 Off Road Racing Series

    

**CLASS 1 BUGGY**   **SUPER LITE**   **TROPHY KART**   **UNLIMITED 2**   **UNLIMITED LITE**

BITD  Bob Patison  Buggy  Buggy Shocks  Carl Renezeder  Chuck Dempsey  Desktop Wallpaper Photo Download  Dirt Bikes  Exotic Engines  Forrest Lucas  For Sale  Fox Racing Shox  Glen Helen Raceway  Goodyear Tires  Jeff Ward  Jeremy McGrath  Jimco Racing  John Harrah  Kart Racing  Lake Elsinore  Las Vegas  Las Vegas Motor Speedway  LOORRS  Lucas Oil  Lucas Oil Off Road Racing Series  Metal Mulisha  Mitchell DeJong  Monster Energy Kawasaki  Motocross  Motorsports  Motorsports Marketing  MX  Nevada  Off Road  Off Road Racing  Pro 2 Unlimited  Pro 4 Unlimited  Pro Lite Unlimited  Race  Race Photo  Race Tracks  Race Truck Rental  Race Trucks  Racing  Ringers Gloves  San Felipe 250  SCORE International  Social Media  Speed Technologies  SpeedTV  SuperLite Championship Serie  SuperLite Trucks  TORC Series  Trophy Kart  Trophy Karts  Troy Lee Designs  Truck Racing  Truck Shocks  Twitter  UTV  Videos  VP Racing  Wallpaper Downloads  Wallpaper Photos  Youth

# EXHIBIT 30

# EXHIBIT 30

# bully dog hideout

BOOKMARK THIS PAGE

**DirtNewz.com**
NO BOUNDARIES

HOME | DESERT RACING | SHORT COURSE | ROCKCRAWLING | EVENT COVERAGE | FEATURED PRODUCTS \ GALLERY
DAILEY PIT STOP \ LEMKE'S CORN \ 2010 King of the    REN \ TECATE SCORE BAJA 1000 \ RALLY NEWZ
                                   Hammers
DEALER LOCATOR          > News & Headlines
                       > Race Schedule

<< News & Headline Main

## The Speed Technologies/Bully Dog team charges hard at the TT250

*American Falls, ID (April 20, 2009)* After an amazing start to the Lucas Oil Off Road Race Series in Primm, NV, the Speed Technologies/Bully Dog Race Team rolled back into Primm; this time for the Best of the Desert Terrible's 250 desert race. The weekend started out on high note Thursday afternoon with John Herder qualifying 3rd and Chuck Dempsey qualifying 5th in Class 1.



Racing kicked off Friday with the Trophy Kart race. Last year, the team's young gun Mitchell DeJong, dominated this race. This year he pushed hard, battling for the lead for some time, and then once out front, checked out on the field. However, luck was not on his side. The reigning champ had mechanical issues the second half of the race, putting him out of contention. Meanwhile, in the team's pit, the Speed Technologies team worked well into the evening prepping the cars for the race the next day.

Anyone that has spent time in Primm knows that the weather is usually always horrible. Saturday morning awoke with near perfect conditions. The team was excited to get the race underway. John Herder, leaving the line in 3rd rocketed off chasing after Jerry Welchel. Three quarters of the way through the first 80-mile lap, the car suffered transmission problems, losing fourth gear. Herder being the competitor that he is, pushed on; but was soon side-lined after the first lap due to the worsening transmission issue.

Chuck Dempsey on the other hand, was running flawless. Now fourth on road, he was catching the competitors ahead of him each mile. At the conclusion of the second 80-mile lap, Chuck was vaulted into the lead on road when Welchel and McMillen collided. However, avoiding their accident, the car's right front tire impacted a rock causing the team to have to pull over for a quick tire change. Co-driver, Lil John Amas, must have thought he was on a formula one pit stop crew as he was out of the car, tire changed and back in only losing 2 minutes on road to the competitors behind. The 3rd and final lap, Chuck drove his heart out reminiscent of his drive at last year's Baja 1000j where he was victorious. At the conclusion of the race, the corrected times were so close it was anyone's guess whether the Speed Technologies/Bully Dog Team had captured the overall. Confident that they had claimed the Class 1 victory, they waited for Casey and the crew at BITD to figure the outcome. In the end, Chuck and Lil John just barely missed the overall, but secured the Class 1 win.

Also running at the same time, Johnny Harrah had teamed with legend Chad Hall in the Speed Technologies Class 10 car. Johnny coming off his win in the SuperLite class at the Lucas Series, had his sights set on victory, however like Dempsey, an impact with a rock slowed the team down, landing the team of Harrah and Hall 3rd place in class.

The Speed Technologies/Bully Dog Team would like to thank their sponsors: Goodyear Tire for providing an amazing tire, SolTek Lights, Ringers Gloves, and Exotic Engines. See you out in the dirt at the next race!

*Bully Dog Technologies, LLC is a team built on integrity that is dedicated to leading the vehicle performance with an uncompromising code of ethics demonstrated in the soundness of its employees, excellent customer service and superior products.*

Top of page | Home

NORTH AMERICAN OFF ROAD

Custom Off Road Fabrication
760-947-8880

28

FOX
TOYO TIRE

SOCAL SUPERTRUCKS

CLOTHING FOR YOUR DIRTY LIFESTYLE

DIRT WORKSHOP

FOX DOMINATES BITD PARKER 425!



**HEADLINES**

Ram Truck and Mopar®
Announce TORC Off-Road Racing
Sponsorship

TORC's Douglas, Jenkins & Hord
travel overseas to represent on
Armed Forces Entertainment Tour

Speed Technologies' Mitchell
DeJong Leads Lucas Oil Off-Road
Racing Series

Lucas Oil Regional Off Road
Racing Series to Kick Off This
Weekend

TORC reschedules April 30th
Texas opener to October, Mich.'s
RedBud now opens the '11 TORC
season

Greaves, Hart Stretch Legs in
Lucas Season Opener, Prepare
for TORC Series

Rick Huseman Picks Up Where He
Left Off, Sweeps Lucas Series
2011 Season Opener

Ups and Downs For Rob
MacCachren At 2011 LOORS
Season Opener in Phoenix

Menzies, Huseman and Deegan in
the Winners Circle!!

LIVE Updates at LOORRS Season
Opener

MacCachren, Huseman and
Deegan Top Qualifiers at LOORRS

Rob MacCachren Revs Up For
2011 LOORS Season Opener in
Phoenix

4 Wheel Parts Becomes The
Official Off Road Parts Retailer of
the Lucas Oil Off Road Racing
Series



2011 Lucas Oil Off-Road Racing Series

Rick Huseman Racing Sets Sights on Lucas Series, Revves Up for 2011 Season

News archive

WALLPAPERS

More wallpapers

**Danica Patrick Honda Film**
Watch now to discover the upside of failure through Danica Patrick.
www.honda.com

Ads by Google

DIRTnewz.com Home | Email us | Internships | Employment | Send Us Your Press Releases
DIRTnewz.com in its entirety is owned and operated by Rock On Motorsports Management, Inc.

Copyright 2011 DIRTnewz.com. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

# EXHIBIT 31

# EXHIBIT 31

Search | MEET TEAM FOX
GET BEHIND THE SCENES AT
WHEN-IT-COUNTS.COM
FOX WHEN IT COUNTS

**DirtNewz.com**
NO BOUNDARIES

HOME | DESERT RACING | SHORT COURSE | ROCKCRAWLING | EVENT COVERAGE | FEATURED PRODUCTS | GALLERY
DAILEY PIT STOP   LEMKE'S CORNER   ROB MACCACHREN   TECATE SCORE BAJA 1000   RALLY NEWZ

<< News & Headline Main

## Best in the Desert Racing Lands Two Major Networks
## Fox Sports, Outdoor Channel to Air 2009 Races
## Bully Dog, Torchmate Ink Sponsor Deals

*Indianapolis IN • March 19, 2009* — The Best in the Desert Racing Association, Sopwith Motorsports Television Productions, Bully Dog Technologies and Torchmate Cutting Systems have finalized one of the best television packages in off road racing after signing deals with two major cable networks.

Fox Sports will air all five of the Bully Dog Best in the Desert TV car and truck races in 2009 in a thirty-minute format on the following schedule:

### Bully Dog Best in the Desert TV presented by Torchmate

| | | | | |
|---|---|---|---|---|
| Blue Water Resort Parker 425 | Fox Sports | 4:00 pm | Monday | July 20 |
| Terrible's 250 at Primm | Fox Sports | 4:00 pm | Monday | July 27 |
| Vegas to Reno "The Long Way" | Fox Sports | 4:00 pm | Monday | December 6 |
| Bilek Racing Silver State 300 | Fox Sports | 4:00 pm | Monday | December 13 |
| Henderson Fabtech Desert Classic | Fox Sports | 4:00 pm | Monday | December 20 |

A second major network agreement was just reached this week with Outdoor Channel to air separate coverage of the Terrible's 250, Vegas to Reno, Silver State and the Henderson Fabtech Desert Classic as part of their "Motormania" program.

The Outdoor Channel program will also follow a thirty-minute format when they air separate shows in December (not a repeat of the Fox broadcast). The program will air in a consistent time slot for consecutive weeks in December with exact dates to be announced soon. Best in the Desert Racing on the Outdoor Channel will receive distinct, favorable time slots on both the east and west coasts in addition to one re-airing of each program.

Combined with existing contracts with MavTV and the America One Sports Network, the 2009 Best in the Desert television package reaches more than 154 million households. "We believe this is unprecedented," said Sopwith Motorsports CEO and executive producer Stephen Cox. "Occasionally a single event might get a little more coverage, but we're not aware of a desert racing series that's ever had this level of coverage for its entire season."

The title sponsor of the entire 2009 campaign is Bully Dog Technologies (www.BullyDog.com), well-known makers of exhaust systems, engine management systems and high performance products for trucks. Bully Dog also sponsors the Bully Dog/Speed Technologies race team and has been a long time supporter of off road racing in all its forms.

The presenting sponsor of each 2009 broadcast is Torchmate Cutting Systems (www.Torchmate.com). Torchmate's brand has been in constant demand by chassis makers and fabricators throughout the off road racing community because it reduces metal consumption, provides a superior cut and saves money. Torchmate also directly supports desert racing by fielding truck #7231 in all Best in the Desert races.

Regarding the 2009 broadcast, Cox said, "This season we want to take a more personal look at the race teams and follow the stories of a handful of drivers more closely. We want to highlight the adventure, the landscape and the incredible effort put in by these teams in a format that's a little more closely related to a documentary style presentation. We're going to slow things down and really put people inside the event rather than just offering an overview of the results."

All slots for featured teams in the Fox broadcast of the Terrible's 250 are already filled, as well as half the Vegas to Reno program. A few slots remain for the Terrible's 250 Outdoor Channel broadcast although they are expected to fill by next week. To be featured in an upcoming race, teams should contact Sopwith Motorsports Television Productions at 317-413-6557.





**HEADLINES**

NHHA Round 5 Sage Riders MC, Jericho Utah

Spirit Wireless Becomes NORRA Sponsor

Ballistic BJ Baldwin Uses Home Field Advantage To Win 2011 General Tire SNORE Mint 400

KMC UPDATE REGARDING JAPAN EARTHQUAKE AND U.S.-BASED EMPLOYEE DONATION EFFORTS

King Shocks Racers DOMINATE at SNORE Mint 400

THIS WEEKEND AT GLEN HELEN: REM Saturday MX, Lucas Oil Short Course Regional #1 and 2nd Annual MTA 2-Stroke World Championship

Roger Norman Podiums at 2011 Mint 400

Roger Norman Gunning for Mint 400 Repeat

Dailey Motorsports heads to Las Vegas for the Mint 400

Jesse Jones takes 2nd overall at SCORE Mastercraft Safety San Felipe 250 Race in Baja California

MENZIES MOTORSPORTS takes on the Roughest San Felipe 250 Ever

News archive



DIRTnewz.com Home | Email us | Internships | Employment | Send Us Your Press Releases
DIRTnewz.com in its entirety is owned and operated by Rock On Motorsports Management, Inc.

Copyright 2011 DIRTnewz.com. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.